UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3—16—18

-------------------------------------------------------------- X
                                                                :
VELASQUEZ et al.,                                               :
                                                                :
                                                                :
                                            Plaintiff,          :
            -against-                                           :
                                                                :
BURRITO BOX INC., et al.,                                       :
                                                                :
                                            Defendants.         :
                                                                :
-------------------------------------------------------------- X

**SUMMARY ORDER**
**APPROVING SETTLEMENT**

15 Civ. 4376 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On March 15, 2018, the parties appeared before me seeking approval of the settlement of the plaintiffs' Fair Labor Standards Act claims. For the reasons stated on the record, the proposed settlement amount of $32,500.00 is "fair and reasonable," *see Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) and "reflects a reasonable compromise over contested issues," *see Velasquez v. SAFI-G, Inc.*, 137 F. Supp. 3d 582, 585 (S.D.N.Y. 2015). As stated on the record, I approve of the proposed allocation of the settlement funds between the three plaintiffs ($5,883.00 to Alfonso Velasquez; $14,084.00 to Antonio Cano; and $1,283.00 to Noe Eulogio), as well as attorneys' fees and expenses in the amount of $11,250.00 to plaintiffs' counsel, with all monies be paid to in accordance with the schedule outlined in the parties' settlement agreement. The Clerk shall mark the case closed.

SO ORDERED.

Dated:      March   , 2018
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge